# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DORIS OSTROM, as Legal Guardian of
EDWARD OSTROM, a Legally
Incapacitated Individual,

      Plaintiff,                           CASE NO. 06-CV-12041

-vs-                                      PAUL D. BORMAN
                                            UNITED STATES DISTRICT JUDGE

MANORCARE HEALTH SERVICES,
Inc., d/b/a ARDEN COURTS OF
LIVONIA,

      Defendant.

_____/

## ORDER REQUESTING A RESPONSE TO
## DEFENDANT'S MOTION FOR RECONSIDERATION

Before the Court is Defendant's February 1, 2007 Motion for Reconsideration (Docket No. 37) of this Court's January 22, 2007 Order. *See Ostrom v. Manorcare Health Servs., Inc.,* No. 06-12041, 2007 WL188132 (E.D. Mich. Jan. 22, 2007) (unpublished).

Pursuant to Local Rule 7.1(g)(2), this Court requests that Plaintiff file a Response, not to exceed ten (10) pages, to Defendant's motion within ten (10) days of this Order. No Reply briefs will be permitted.

**SO ORDERED.**

                                                    s/Paul D. Borman
                                                    PAUL D. BORMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated: February 2, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on February 2, 2007.

                                                s/Denise Goodine
                                                Case Manager